Case 5:25-cv-00165   Document 6   Filed on 10/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| EDGUAR ADRIAN LOPEZ DE LEON § § | |
| VS. § § | CIVIL ACTION NO. 5:25-cv-165 |
| HARLINGEN FIELD OFFICE OF § IMMIGRATION AND CUSTOMS § ENFORCEMENT AND REMOVAL § OPERATIONS DIVISION *et al.* § | |

**ORDER**

Before the Court is Petitioner Edguar Adrian Lopez de Leon's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (*see* Dkt. No. 1). Having reviewed the Petition and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **twenty (20) days** of the date of service.

The Clerk of Court is **DIRECTED** to serve copies of the Petition (Dkt. No. 1), its attachments (Dkt. Nos. 1-1, 1-2, 1-3, 1-4), and this Order on Respondents via certified mail return receipt requested at the following addresses:

> Harlingen Field Office of Immigration and Customs
> Attention: Enforcement and Removal Operations Division
> 1717 Zoy Street
> Harlingen, Texas 78552
>
> Kristi Noem
> United States Secretary of Homeland Security
> 245 Murray Lane SW
> Mail Stop 0485
> Washington, District of Columbia 20528
>
> Pamela Bondi
> United States Attorney General
> 950 Pennsylvania Avenue NW
> Washington, District of Columbia 20530

1

Executive Office for Immigration Review
5107 Leesburg Pike
Falls Church, Virigina 22041

GEO Corporation
4955 Technology Way
Boca Raton Florida, 33431

Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of the Petition, its attachments (Dkt. Nos. 1-1, 1-2, 1-3, 1-4), and this Order via certified mail return receipt requested on the following:

United States Attorney,
Attention: Chief of the Civil Division
11204 McPherson Road, Suite 100A
Laredo, Texas 78045

*See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **fourteen (14) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** October 7, 2025.

*[signature]*
Marina Garcia Marmolejo
United States District Judge