Case 5:25-cv-00165   Document 7   Filed on 10/07/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| EDGUAR ADRIAN LOPEZ DE LEON § § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-165 |
| § | |
| HARLINGEN FIELD OFFICE OF § IMMIGRATION AND CUSTOMS § ENFORCEMENT AND REMOVAL § OPERATIONS DIVISION *et al.* § | |

## ORDER

Petitioner, represented by counsel, is currently detained by United States Immigration and Customs Enforcement ("ICE") at the Rio Grande Processing Center in Laredo, Texas (*see* Dkt. No. 1 at 2, ¶ 1). Petitioner now seeks a Temporary Restraining Order ("TRO") pursuant to Federal Rule of Civil Procedure 65(b) "to prevent Respondents from transferring him outside of the jurisdiction of this Court" (Dkt. No. 3 at 2). Although he designated his TRO motion as *ex parte*, Petitioner failed to follow Rule 65(b)'s requisites; namely, the TRO motion lacks "specific facts in an affidavit or a verified complaint," demonstrating "that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A).[1]

Accordingly, the Court **ORDERS** Respondents to respond to Petitioner's Ex Parte Motion for Temporary Restraining Order (Dkt. No. 3) to Prevent Transfer of Petitioner within **three (3) days** of the date of service.

To preserve the status quo while the Court considers this matter, Respondents are

---

[1] Petitioner's attorney satisfied Rule 65(b)(1)(B), as she set forth in "writing any efforts made to give notice and the reasons why it should not be required" (*see* Dkt. No. 3 at 7 ("Though this is an ex parte motion and no government attorney has been assigned to this case, counsel did email AUSA Daniel Hu, Chief of the Civil Unit in the Houston office of the U.S. Attorney for the Southern District of Texas.")).

**ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

The Clerk of Court is **DIRECTED** to serve copies of the motion (Dkt. No. 3), its attachment (Dkt. No. 3-1), and this Order on Respondents via certified mail return receipt requested at the following addresses:

   Harlingen Field Office of Immigration and Customs
   Attention: Enforcement and Removal Operations Division
   1717 Zoy Street
   Harlingen, Texas 78552

   Kristi Noem
   United States Secretary of Homeland Security
   245 Murray Lane SW
   Mail Stop 0485
   Washington, District of Columbia 20528

   Pamela Bondi
   United States Attorney General
   950 Pennsylvania Avenue NW
   Washington, District of Columbia 20530

   Executive Office for Immigration Review
   5107 Leesburg Pike
   Falls Church, Virigina 22041

   GEO Corporation
   4955 Technology Way
   Boca Raton Florida, 33431

   United States Attorney,
   Attention: Chief of the Civil Division
   11204 McPherson Road, Suite 100A
   Laredo, Texas 78045
         -   and -

   P.O. Box 1179
   Laredo, Texas 78042

It is so **ORDERED**.

**SIGNED** October 7, 2025.

                                                Marina Garcia Marmolejo
                                                United States District Judge