UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| EDGUAR ADRIAN LOPEZ DE LEON § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-165 |
| § | |
| HARLINGEN FIELD OFFICE OF § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT AND REMOVAL § | |
| OPERATIONS DIVISION *et al.* § | |

**ORDER**

On November 3, 2025, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 26). The Court ordered Respondents to provide Petitioner with a bond hearing no later than November 17, 2025 (Dkt. No. 26 at 6). According to Respondents' advisory, Petitioner's bond hearing was held on November 7, 2025, and an Immigration Judge denied Petitioner bond, finding that Petitioner did not meet "his burden to show he would not be a danger to the community if released from custody" (Dkt. Nos. 29 at 2; 29-1 at 1).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **December 10, 2025**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** December 3, 2025.

Marina Garcia Marmolejo
United States District Judge

1